# RETURN OF SERVICE

### STATE OF FLORIDA:
### IN AND FOR THE COUNTY OF: SEMINOLE
### 18TH JUDICIAL CIRCUIT COURT

CLIENT:  Joan A. Feinstein
Lento Law Group, P.C..
1500 Market St.,--12 th Floor
East Tower
Philadelphia, PA., 19102

CIVIL ACTION NUMBER:  2020-2966
ORIGINATION:  UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF PENNSYLVANIA

EDUARDO ROSARIO (Plaintiff)
vs
ALEX TORRES PRODUCTIONS INC. and
LA GUIRA INC. , Doing Business as Red Wine Restaurant

SUMMONS IN A CIVIL ACTION, COMPLAINT- CIVIL CASE
WITH 2 CAUSES OF ACTION

TO:  ALEX TORRES PRODUCTIONS INC.
651 WEYBRIDGE COURT
LAKE MARY, FL., 32746

Received on the 25th DAY OF JUNE, 2020, AT: 11:35 AM

I, James J. Thompson, ID #: 18-0005  being duly sworn, depose and say,
That on the 25th day of JUNE, 2020, AT: 2:52 PM,  DID SERVE SAID
PROCESS BY THE "PERSONAL SERVICE METHOD", SERVING ALEX
TORRES PERSONALLY AT THE GIVEN ADDDRESS OF:
651 WEYBRIDGE COURT IN LAKE MARY FLORIDA, 32746

I certify I have no interest in the above action, and have proper authority in the
jurisdiction in which this service was made in accordance with  Florida Statutes
48.21, and 48.31.

Subscribed and sworn to before me on the 26 day
Of JUNE  , 2020 by the affiant personally
Known to me.

CPID#: 18-0005

JAMES J. THOMPSON



Notary Public State of Florida
Marilyn Thompson
My Commission GG 950634
Expires 01/23/2024