IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eduardo Rosario | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Alex Torress Productions, Inc., et al. | : | No.: 2:20-cv-02966 |

ORDER

AND NOW, this ____ day of _____ 20__, it is hereby

ORDERED that the application of  Keith Altman _____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-02966

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Keith Altman__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A. *I state that I am currently admitted to practice in the following state jurisdictions:*

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| California | 8/2008 | 257309 |
| Michigan | 7/2017 | 81702 |
|  |  |  |

B. *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| See Attached |  |  |
|  |  |  |
|  |  |  |

C. *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for **Eduardo Rosario**
(Applicant's Signature)

06/22/2020
(Date)

Name of Applicant's Firm: The Law Office of Keith Altman, PLLC
Address: 33228 West 12 Mile Road, Suite 375, Farmington Hills, MI 48331
Telephone Number: 516-456-5885
Email Address: kaltman@lawampmmt.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/22/2020
(Date)                                       (Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Keith Altman to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Joan Feinstein, Esquire

**310392**

(Sponsor's Name)        (Sponsor's Signature)        (Admission date)        (Attorney Identification No.)

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

**Lento Law Group, P.C**

**1500 Market Street, 12th Floor - East Tower**

**Philadelphia, PA 19102**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____            _____
            (Date)                                          (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eduardo Rosario | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Alex Torres Productions, Inc | : | No.: 2:20-cv-02966 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Keith Altman**,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)
**Joan A. Feistein, Esquire**
(Name of Attorney)
**Eduardo Rosario**
(Name of Moving Party)

_____
(Date)