IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Eduardo Rosario | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Alex Torress Productions, Inc., et al. | : | No.: 2:20-cv-02966 |

## ORDER

AND NOW, this 26th day of June 20 20, it is hereby

ORDERED that the application of Keith Altman, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.[1]

☐ DENIED.

/s/ Mitchell S. Goldberg
_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.