AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-2966

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LA GUIRA INC D/B/A RED WINE RESTAURANT
was received by me on *(date)* 6/25/20

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Antonio Dominguez (Owner), who is designated by law to accept service of process on behalf of *(name of organization)* Red Wine Restaurant
on *(date)* 6/25/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 6/25/20

Server's Signature

Russell D'Alonzo Process Server
Printed name and title

3514 Trevi Ct Phila PA 19145
Server's address

Additional information regarding attempted service, etc: