# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDUARDO ROSARIO,** | CIVIL ACTION |
| *Plaintiff*, | |
| v. | NO. 20-2966 |
| **ALEX TORRES PRODUCTIONS, INC.,** *et al.*, | |
| *Defendants*. | |

## ORDER

A review of the Court's records shows that Defendant Alex Torres Productions, Inc. has failed to file a pleading in the above-captioned action in response to Plaintiff's Complaint and as directed by this Court's order dated July 16, 2020.

Accordingly, Plaintiff may file a request with the Clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure. If the Request for Default is not filed within fourteen (14) days, the Court will enter an order dismissing the case against the above-named defendants for lack of prosecution.

It is so **ORDERED** this 17th day of August, 2020.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**