IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL NO. 2:20-cv-02966-MSG |
| | : | |
| v. | : | |
| ALEX TORRES PRODUCTIONS, INC. | : | |
| | : | |
| and | : | |
| | : | |
| LA GUIRA, INC. d/b/a RED WINE | : | |
| RESTAURANT | : | **REQUEST FOR DEFAULT AS TO** |
| | : | **ALEX TORRES PRODUCTIONS, INC.** |

_____

Please enter upon the docket the **Default** of the Defendant **ALEX TORRES PRODUCTIONS, INC.** in the above-entitled action for failure to plead or otherwise defend as provided by the rules of civil practice or by an Order of this Court.

LENTO LAW GROUP, P.C.

/s/ Keith Altman
KEITH ALTMAN, ESQUIRE

Dated: August 20, 2020

IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL NO.: 2:20-cv-02966-MSG |
| | : | |
| v. | : | |
| ALEX TORRES PRODUCTIONS, INC. | : | |
| | : | |
| and | : | |
| | : | |
| LA GUIRA, INC. d/b/a RED WINE | : | **CERTIFICATION IN SUPPORT OF** |
| RESTAURANT | : | **REQUEST FOR DEFAULT AS TO** |
| | : | **ALEX TORRES PRODUCTIONS, INC.** |
| | : | |

_____

I, Keith Altman, Esquire, certifies as follows:

1. I am co-counsel for the Plaintiff.

2. The Summons and a copy of the Complaint in this action were served upon the Defendant and proof of service was filed with the Clerk of Courts.

3. As of the date of this certification, Alex Torres Productions has not answered the complaint.

4. As of the date of this certification, Alex Torres Productions has not filed a motion to dismiss that has been accepted by the Court.

5. On July 16, 2020 this Court ordered Alex Torres Productions to respond to Plaintiff's pleadings.  As of August 17, 2020, no such response was filed.

6. On August 18, 2020 this Court authorized Plaintiff to file a request for the clerk enter a default against Alex Torres Productions

I certify that the foregoing statements made by me are true. I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

LENTO LAW GROUP, P.C.


/s/ Keith Altman
KEITH ALTMAN, ESQUIRE

Dated: August 20, 2020