DATE OF NOTICE:        September 11, 2020

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDUARDO ROSARIO,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | NO. 20-2966 |
| v. | : | |
| **ALEX TORRES PRODUCTIONS, INC.,** *et al.*, | : | |
| *Defendants*. | : | |

### NOTICE

A Rule 16 Conference in the above-captioned matter will be held on **Tuesday, October 13, 2020 at 2:00 p.m.**  The Conference will be conducted by telephone.  Counsel are directed to dial in at **571-353-2300, passcode 427102124#.**

Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference

FOR THE COURT:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to
Hon. Mitchell S. Goldberg**