DATE OF NOTICE:         October 12, 2020

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **EDUARDO ROSARIO,** | : | **CIVIL ACTION** |
| | : | |
| *Plaintiff,* | : | |
| | : | **NO.  20-2966** |
| v. | : | |
| | : | |
| **ALEX TORRES PRODUCTIONS, INC.,** *et al.,* | : | |
| | : | |
| *Defendants*. | : | |

### NOTICE

The Rule 16 Conference in the above-captioned matter scheduled for Tuesday, October 13, 2020 at 2:00 p.m. is **RESCHEDULED** to be held on **Tuesday, October 27, 2020 at 10:00 a.m.** The Conference will be conducted by telephone.  Counsel are directed to dial in at **571-353-2300, passcode 427102124#.**

Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference

FOR THE COURT:

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to**
**Hon. Mitchell S. Goldberg**