**DATE OF NOTICE:**     October 26, 2020

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDUARDO ROSARIO,** | : CIVIL ACTION |
| *Plaintiff,* | : |
| | : NO.  20-2966 |
| v. | : |
| **ALEX TORRES PRODUCTIONS, INC.,** *et al.*, | : |
| *Defendants*. | : |

## NOTICE

The Rule 16 Conference in the above-captioned matter scheduled for Tuesday, October 27, 2020 at 10:00 a.m. is **RESCHEDULED** to be held on **Wednesday, November 4, 2020 at 4:00 p.m.**  The Conference will be conducted by telephone.  Counsel are directed to dial in at **571-353-2300, passcode 427102124#.**

Counsel shall consult Judge Goldberg's Policies and Procedures (available at http://www.paed.uscourts.gov) prior to the conference

**FOR THE COURT:**

*/s/ Sharon Lippi*
**Sharon Lippi, Civil Deputy to**
**Hon. Mitchell S. Goldberg**