## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **EDUARDO ROSARIO,** | : |
|  | : |
| **Plaintiff,** | : **CIVIL ACTION** |
|  | : |
| **v.** | : |
|  | : **No. 20-2966** |
| **ALEX TORRES PRODUCTIONS, INC. et al.,** | : |
|  | : |
| **Defendants.** | : |
|  | : |

## <u>ORDER</u>

**AND NOW**, this 5th day of November, 2020, following the preliminary pretrial conference held on November 4, 2020, it is hereby **ORDERED** that:

1.  This case is referred to Magistrate Judge David R. Strawbridge for settlement purposes.  Judge Strawbridge will contact counsel to initiate the settlement process.


**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**