IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 20-2966 |
| | : | |
| ALEX TORRES PRODUCTIONS, INC., et al | : | |
| Defendant | : | |

**AMENDED NOTICE**

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Thursday, May 20, 2021 at 3:30 p.m. The purpose of the conference is limited to discuss whether the parties would benefit from a settlement conference and if so THE SCHEDULING OF A CONFERENCE.**   The Court will contact counsel and the pro-se party with dial in information.

/s/ Danielle Puchon
Danielle Puchon
Deputy Clerk
267-299-7790 – phone

*Rescheduled from May 13, 2021 at the request of defense counsel.

Date:   May 11, 2021

-Notice filed via ECF