IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 20-2966 |
| | : | |
| ALEX TORRES PRODUCTIONS, INC., et al | : | |
| Defendant | : | |

# **ORDER**

Following upon the unrecorded telephone conference of May 20, 2021 with counsel for Plaintiff Eduardo Rosario ("Rosario"), counsel for Defendant La Guira, Inc., d/b/a Red Wine Restaurant ("Red Wine"), and *pro-se* Defendant Alex Torres Productions, Inc. ("Alex Torres"), it is hereby **ORDERED** that:

1. Counsel for Rosario shall send letter to the Court with a copy to all parties of no more than 3 pages, setting out the legal and factual basis of his claim(s) as to both liability and damages…to defendant "Red Wine." The Letter is to be sent no later than close of business May 28, 2021.

2. Counsel for "Red Wine" shall respond to this letter with a letter to the Court with copy to all parties by close of business June 3, 2021.

3. A settlement conference will be held by video on **Wednesday, July 14, 2021 at 9:30 a.m.** The Court will contact all parties with instructions on how to connect to the video platform.

IT IS SO ORDERED.

BY THE COURT:

Date: May 24, 2021

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE