IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL ACTION |
| v. | : | |
| ALEX TORRES PRODUCTIONS, INC., et al | : | NO.: 20-cv-02966 |

## O R D E R

**AND NOW**, this **21ST** day of **JULY 2021,** in accordance with Local Civil Rule 40.1(c)(2), it is hereby

**ORDERED** that the above-captioned case is directly reassigned from the calendar of the Honorable Mitchell S. Goldberg, to the calendar of the Honorable Eduardo C. Robreno, as related to *Eduardo Rosario v. Alex Torres Productions, Inc., et al,* Civil Action No.: 19-cv-02222.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_____
**KATE BARKMAN**
Clerk of Court