```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **EDUARDO ROSARIO** | : | |
| | : | **CIVIL ACTION** |
| vs. | : | |
| | : | **NO. 20-2966** |
| **ALEX TORRES PRODUCTIONS,** | : | |
| **INC. & LaGUIRA, Inc.** | | |

<u>ORDER</u>

**AND NOW,** on this **22nd** day of **July, 2021,** it is hereby **ORDERED** that a Telephone Status and Scheduling Conference will be held on  **Tuesday, August 24, 2021 at 10:00am** before the Honorable Eduardo C. Robreno. All parties shall call-in as follows:

**Dial-in No. 888-684-8852, Access Code: 4218221#**

**IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**