```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL ACTION |
| | : | NO. 20-2966 |
| v. | : | |
| | : | |
| ALEX TORRES PRODUCTIONS, INC., | : | |
| et al. | : | |

# **O R D E R**

**AND NOW**, this **30th** day of **September, 2021,** after an August 24, 2021 status and scheduling conference, and in light of the multiple irregularities present in this case, it is hereby **ORDERED** that a rule to show cause is **ISSUED** why Plaintiff's counsel Keith Altman and Joan Feinstein should not be sanctioned[1] for their: (1) failure to accurately certify that there were no related cases in violation of Pennsylvania Rule of Professional Conduct 3.3(a); and (2) failure to provide authority in the complaint regarding promoter liability as ordered by the Court on January 13, 2020 (19-cv-2222 Doc. No. 9).[2]

---

[1] Sanctions could include monetary fines, referral to the Disciplinary Board, or barring Mr. Altman or Ms. Feinstein from representing Plaintiff.

[2] The Court is also concerned why Mr. Altman's address listed on the docket is the Lento Law Firm in Philadelphia but his application for pro hac vice lists his practice as The Law Firm of Keith Altman in Farmington Hills, Michigan.

The Rule is answerable in person[3] on **November 10, 2021 at 2:00 p.m. in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.**

Mr. Altman and Ms. Feinstein shall also file a response to the Rule to Show Cause no later than **October 25, 2021.**

It is further **ORDERED** that the case is **STAYED** pending further order of the Court.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[3] Defendants and their counsel may attend the Rule to Show Cause hearing but are not required to appear.