

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDUARDO ROSARIO                :        CIVIL ACTION

EDUARDO ROSARIO
2940 A. WALDORF AVENUE
CAMDEN, NJ 08105