IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL ACTION |
| | : | NO. 20-2966 |
| v. | : | |
| | : | |
| ALEX TORRES PRODUCTIONS, INC., | : | |
| et al. | : | |

**O R D E R**

**AND NOW**, this **22nd** day of **March, 2023,** in that the Third Circuit Court of Appeals has dismissed the appeal of this Court's November 23, 2021 order for lack of appellate jurisdiction (see ECF Nos. 34 & 41), it is hereby **ORDERED** that Plaintiff shall retain new counsel **by May 22, 2023.** If no new counsel enters their appearance on Plaintiff's behalf by that date, and Plaintiff fails to inform the Court that he wishes to proceed pro se by that date, the Court will dismiss the action without prejudice.

The Clerk of Court shall send a copy of this order to Plaintiff Eduardo Rosario's last known address and also to his prior counsel of record.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**