IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDUARDO ROSARIO | : | CIVIL ACTION |
| | : | NO. 20-2966 |
| v. | : | |
| | : | |
| ALEX TORRES PRODUCTIONS, INC., et al. | : | |
| | : | |

## O R D E R

**AND NOW**, this **24th** day of **May, 2023,** in that the Court ordered Plaintiff to find new counsel or indicate that he would proceed pro se by May 22, 2023, or the case would be dismissed (see ECF No. 42), and having heard nothing further from Plaintiff, it is hereby **ORDERED** that the case is **DISMISSED** without prejudice.

The Clerk of Court shall send a copy of this order to Plaintiff Eduardo Rosario's last known address and also to his prior counsel of record.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**